NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUIS RIDDLE,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-1731
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Marquis Riddle, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa;
and Allison C. Heim, Assistant Attorney
General, Tampa (substituted as
counsel of record), for Appellee.


PER CURIAM.


          Affirmed.

KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.